**07CV6120**
**JUDGE LINDBERG**
**MAG. JUDGE COX**

CAT III

The civil cover sheet an[d] ...iling and service of pleadings or other papers as required by law, except as provided ...urt for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON T...

**(a) PLAINTIFFS** / ...DANTS

POONAM SOMBAYA and CAROLENA RODRIGUEZ,    DONALD FERGUSON, ETAL

JH

FILED
JN
OCT 8 0 2007
OCT. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
JUSTIN R. BURTON, ESQ.
KRIEZELMAN BURTON & ASSOCIATES, LLC
20 North Clark Street - suite 725

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [x]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [x]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| [ ]110 Insurance | [ ]310 Airplane | [ ]362 Personal Injury— Med. Malpractice | [ ]610 Agriculture | [ ]422 Appeal 28 USC 158 | [ ]400 State Reapportionment |
| [ ]120 Marine | [ ]315 Airplane Product Liability | [ ]365 Personal Injury— Product Liability | [ ]620 Other Food & Drug | [ ]423 Withdrawal 28 USC 157 | [ ]410 Antitrust |
| [ ]130 Miller Act | [ ]320 Assault, Libel & Slander | [ ]368 Asbestos Personal Injury Product Liability | [ ]625 Drug Related Seizure of Property 21 USC 881 | | [ ]430 Banks and Banking |
| [ ]140 Negotiable Instrument | [ ]330 Federal Employers' Liability | PERSONAL PROPERTY | [ ]630 Liquor Laws | PROPERTY RIGHTS | [ ]450 Commerce/ICC Rates/etc. |
| [ ]150 Recovery of Overpayment & Enforcement of Judgment | [ ]340 Marine | [ ]370 Other Fraud | [ ]640 R.R. & Truck | [ ]820 Copyrights | [ ]460 Deportation |
| [ ]151 Medicare Act | [ ]345 Marine Product Liability | [ ]371 Truth in Lending | [ ]650 Airline Regs. | [ ]830 Patent | [ ]470 Racketeer Influenced and Corrupt Organizations |
| [ ]152 Recovery of Defaulted Student Loans (excl. vet.) | [ ]350 Motor Vehicle | [ ]380 Other Personal Property Damage | [ ]660 Occupational Safety/Health | [ ]840 Trademark | [ ]480 Consumer Credit |
| [ ]153 Recovery of Overpayment of Veteran's Benefits | [ ]355 Motor Vehicle Product Liability | [ ]385 Property Damage Product Liability | [ ]690 Other | | [ ]490 Cable/Satellite TV |
| [ ]160 Stockholders' Suits | [ ]360 Other Personal Inj. | | LABOR | SOCIAL SECURITY | [ ]810 Selective Service |
| [ ]190 Other Contract | | | [ ]710 Fair Labor Standards Act | [ ]861 HIA (1395ff) | [ ]850 Security/Commodity/Exch. |
| [ ]195 Contract Product Liability | | | | [ ]862 Black Lung (923) | [ ]875 Customer Challenge 12 USC 3410 |
| [ ]196 Franchise | | | [ ]720 Labor/Mgmt. Relations | [ ]863 DIWC/DIWW (405(g)) | [ ]891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | [ ]864 SSID Title XVI | [ ]892 Economic Stabilization Act |
| | | | [ ]730 Labor/Mgmt.Reporting & Disclosure Act | [ ]865 RSI (405(g)) | [ ]893 Environmental Matters |
| [ ]210 Land Condemnation | [ ]441 Voting | [ ]510 Motions to Vacate Sentence | [ ]740 Railway Labor Act | FEDERAL TAX SUITS | [ ]894 Energy Allocation Act |
| [ ]220 Foreclosure | [ ]442 Employment | Habeas Corpus: | | | [ ]895 Freedom of Information Act |
| [ ]230 Rent Lease & Ejectment | [ ]443 Housing/Accommodations | [ ]530 General | [ ]790 Other Labor Litigation | [ ]870 Taxes (U.S. Plaintiff or Defendant) | [ ]900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ]240 Torts to Land | [ ]444 Welfare | [ ]535 Death Penalty | | | [ ]950 Constitutionality of State Statutes |
| [ ]245 Tort Product Liability | [ ]445 ADA—Employment | [ ]540 Mandamus & Other | [ ]791 Empl. Ret. Inc. Security Act | [ ]871 IRS—Third Party 26 USC 7609 | [x]890 Other Statutory Actions |
| [ ]290 All Other Real Property | [ ]446 ADA—Other | [ ]550 Civil Rights | | | |
| | [ ]440 Other Civil Rights | [ ]555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

28 USC Section 1331; 28 USC Section 1361 and 5 USC Section 555(b)

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: [ ]Yes [x]No

## IX. This case
[x] is not a refiling of a previously dismissed action.
[ ] Is a refiling of case number _____, previously dismissed by Judge _____

DATE: 10/29/07    SIGNATURE OF ATTORNEY OF RECORD